People, Plaintiff and Appellee, v. Mercado, Defendant and Appellant.

Appeals from the District Court of Ponce in Prosecutions for Petty Larceny.

Nos. 1401, 1402, 1403, 1404, 1405, 1406, 1407, 1408, 1409, 1410.—Decided June 27, 1919.

Decided on the grounds of the opinion delivered in Case No. 1400, *People v. Mercado, ante.*

*Mr. Leopoldo Tormes* for the appellant.
*Mr. José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.